# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14CV79-RLV-DCK

| | |
|---|---|
| ARNOLD PROPST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| HWS COMPANY, INC., et. al | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion to continue the trial from the July 6, 2015, trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the July 6, 2015, trial term in the Statesville Division to the November 2, 2015, trial term in the Statesville Division.

Signed: June 1, 2015

Richard L. Voorhees
United States District Judge